```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   HYELYN JOHNSON and CHAE E. GHIM,                      :
                                                         :
                          Plaintiffs,                    :
                                                         :         23-CV-0789 (VSB)
                  -against-                              :
                                                         :              ORDER
   QUEEN'S NAIL ART, INC. d/b/a DASHING                  :
   DIVA nail salon, and SEUNG AE CHOI,                   :
                                                         :
                          Defendants.                    :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I held a telephone conference in this case on June 1, 2023 to discuss Defendants' pending motion to disqualify Plaintiffs' counsel. (*See* Doc. 25.) In accordance with the directives given during the conference, it is hereby

      ORDERED that by June 23, 2023, Defendant file an affidavit, ex parte and under seal, and email a copy to my Chambers, detailing the harmful information that Defendant Choi allegedly disclosed during her phone call with Ryan Kim Law. The affidavit must also provide details surrounding the alleged conversation that Defendant Choi overheard her employees having regarding the characterization of her conversation with Ryan Kim Law, including the names of the employees that she overheard, and a copy of the text message sent to Defense counsel on April 26, 2023. The affidavit must also confirm whether Defendant took any notes related to her telephone call with Ryan Kim Law.

      IT IS FURTHER ORDERED that Plaintiff's counsel provide a supplemental affidavit from Jia Choi by June 23, 2023, confirming whether any notes were taken related to the telephone call with Defendant Choi.

SO ORDERED.

Dated:   June 20, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge

2