

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

June 23, 2023

**VIA ECF**

Honorable Vernon S. Broderick
Thurgood Marshall
40 Floey Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 06/28/2023

The telephone conference scheduled for July 17, 2023 is hereby adjourned to August 28, 2023 at 11:00 AM.

Re:   Johnson et al., v. Queen's Nail Art, Inc et al., 23-cv-0789

Dear Honorable Broderick,

This firm represents Plaintiffs Hyelyn Johnson and Chae E. Ghim in the above-referenced matter. I am writing this letter to respectfully request an adjournment of the telephone conference currently scheduled for July 17, 2023.

I will be traveling out of the country and will not be able to attend the conference on the scheduled date. I would like to request that the conference be rescheduled for August after my return from overseas. I have reached to defendants' counsel and they have consented to my request.

Respectfully submitted,

June 23, 2023

/s/ Ryan J. Kim

Ryan J. Kim
Ryan J. Kim, P.C
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel: (718) 573-1111
ryan@ryankimlaw.com