UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                               Plaintiffs,

             -against-

QUEEN'S NAIL ART, INC., et al.,

                               Defendants.

------------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 29, 2025, this case was referred to the undersigned for general pretrial supervision. The parties are directed to file a joint letter by **June 23, 2025**, proposing a schedule for the completion of the discovery that remains outstanding.

      **SO ORDERED.**

DATED:    New York, New York
                 June 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge