UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                23-CV-789 (VSB) (VF)

            Plaintiffs,

                **ORDER**

      -against-

QUEEN'S NAIL ART, INC., et al.,

           Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pending before the Court is Plaintiff's motion to amend the Complaint. See ECF No. 37. Defendants oppose the motion. ECF No. 39. To date, Plaintiff has not filed a reply brief. If Plaintiff wishes to respond to the arguments raised by Defendants in their opposition brief, Plaintiff is directed to file a reply brief by **August 29, 2025**.

      SO ORDERED.

DATED:    New York, New York
              July 24, 2025

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge