UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                              23-CV-789 (VSB) (VF)

        Plaintiffs,

                              **ORDER**

-against-

QUEEN'S NAIL ART, INC., et al.,

        Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the issues raised at ECF No. 49 is hereby rescheduled for **Thursday, August 14, 2025 at 3:00 p.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York. Plaintiffs are directed respond to the letter at ECF No. 49 by **August 6, 2025**.

      SO ORDERED.

DATED:    New York, New York
              August 1, 2025

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge