UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                                                         23-CV-789 (VSB) (VF)

                Plaintiffs,

                                                         **ORDER**

        -against-

QUEEN'S NAIL ART, INC., et al.,

                Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference to address the issues raised at ECF No. 49 is hereby rescheduled for **Wednesday, August 27, 2025 at 4:00 p.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York. Plaintiffs are directed respond to the letter at ECF No. 49 by **August 20, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                August 11, 2025

                                                              _____
                                                               VALERIE FIGUEREDO
                                                              United States Magistrate Judge