

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

August 15, 2025

<u>VIA ECF</u>

Honorable Valerie Figueredo
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Johnson et al., v. Queen's Nail Art, Inc et al., 23-cv-00789

Dear Judge Figueredo,

This firm represents Plaintiffs in the above-referenced matter. I respectfully request an adjournment of the status conference currently scheduled for Wednesday, August 27, 2025, at 4:00 p.m. I will be out of town that week and therefore unable to attend the conference.

I have conferred with Defendants' counsel, Mr. Sean S. Kwak, who consents to this request. The earliest mutually available date for a rescheduled conference is September 12, 2025, or any date thereafter that is convenient for the Court.

This is Plaintiffs' first request to adjourn the August 27 conference and granting it will not affect any other scheduled deadlines in this matter.

Thank you for your consideration.

Respectfully submitted,

/s/ Ryan J. Kim

Ryan J. Kim
Ryan J. Kim, P.C
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel: (718) 573-1111
ryan@ryankimlaw.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE    Dated: 8/19/25

The conference scheduled for August 27, 2025 is hereby canceled, in light of the representations at ECF No. 57 that the motion to compel at ECF No. 49 is now moot. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 49 and 58.