UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                              Plaintiffs,

              -against-

QUEEN'S NAIL ART, INC., et al.,

                              Defendants.

------------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the issue raised at ECF No. 65 is hereby scheduled for **Tuesday, November 18, 2025 at 10:30 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               November 7, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge