UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                23-CV-789 (VSB) (VF)

              Plaintiffs,

                **ORDER**

      -against-

QUEEN'S NAIL ART, INC., et al.,

              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to Defendants' request at ECF No. 67, the discovery conference will be moved to a telephonic conference. Due to a scheduling conflict, the conference is now scheduled for **Tuesday, November 18, 2025 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [976 115 648#].

      **SO ORDERED.**

DATED:    New York, New York
             November 12, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge