UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                                Plaintiffs,

              -against-

QUEEN'S NAIL ART, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        As discussed at the conference on November 18, 2025, the parties are advised to resolve the issue raised at ECF No. 65 amicably. If the parties are unable to come to a resolution, Defendants may file a motion for fees by **January 16, 2026**. Plaintiffs' opposition, if any, is due **January 30, 2026**. Defendants' reply, if any, is due **February 5, 2026**.

        SO ORDERED.

DATED:    New York, New York
                November 18, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge