UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                         Plaintiffs,

           -against-

QUEEN'S NAIL ART, INC., et al.,

                         Defendants.

-----------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update by **February 20, 2026**.

    **SO ORDERED.**

DATED:    New York, New York
           February 6, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge