UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HYELYN JOHNSON, et al.,

                      Plaintiffs,

           -against-

QUEEN'S NAIL ART, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On March 5, 2026, Plaintiffs filed a letter motion for an extension of the discovery deadline. See ECF No. 76. Plaintiffs' request is **GRANTED** and the discovery deadline is extended to **April 30, 2026**. No further extensions will be granted.

A conference in this case is hereby scheduled for **Thursday, April 16, 2026 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [568 928 406#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 76.

    **SO ORDERED.**

DATED:     New York, New York
             March 6, 2026

                             _____
                             VALERIE FIGUEREDO
                             United States Magistrate Judge