UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HYELYN JOHNSON, et al.,

Plaintiffs,

-against-

QUEEN'S NAIL ART, INC., et al.,

Defendants.

---------------------------------------------------------------X

23-CV-789 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held today, July 6, 2026, Defendants will serve Plaintiffs with certain questions on or before **August 10, 2026**. Plaintiffs will respond by **August 20, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 80.

**SO ORDERED.**

DATED: New York, New York
July 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge